NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

JAN 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM L. SABATINI, R.N., CRNA, | No. 18-55482 |
| Plaintiff-Appellant, | D.C. No. 3:17-cv-01597-AJB-JLB |
| v. | |
| ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, | MEMORANDUM* |
| Defendant-Appellee. | |

Appeal from the United States District Court
for the Southern District of California
Anthony J. Battaglia, District Judge, Presiding

Submitted January 15, 2019**

Before:     TROTT, TALLMAN, and CALLAHAN, Circuit Judges.

William L. Sabatini appeals pro se from the district court's judgment

dismissing as time-barred his Privacy Act action.  We have jurisdiction under 28

U.S.C. § 1291.  We review de novo.  *Orr v. Bank of Am., NT & SA*, 285 F.3d 764,

---

\*     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

779-80 (9th Cir. 2002).  We affirm.

The district court properly dismissed as time-barred Sabatini's action because Sabatini knew or should have known about his claim more than two years before commencing this action.  *See Rose v. United States*, 905 F.2d 1257, 1259 (9th Cir. 1990) ("The Privacy Act provides a two year statute of limitation, 5 U.S.C. § 552a(g)(5), which commences when the person knows or has reason to know of the alleged violation.").

**AFFIRMED.**